IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LSF8 MASTER PARTICIPATION TRUST BY CALIBER HOME LOANS, INC. | : : : : | CIVIL ACTION |
| v. | : : | |
| TERENCE C. DOUGHERTY LISBET DRIVDAHL DOUGHERTY | : : | NO. 15-5005 |

**ORDER**

AND NOW, this ~~10~~ day of September, 2015, upon consideration of the defendants' motion to proceed *in forma pauperis*, it is ORDERED that:

1. The motion to proceed *in forma pauperis* is DENIED because the defendants have sufficient funds to pay the $350 filing fee and $50 administrative fee.[1]

2. If the defendants fail to remit $400 to the Clerk of Court within thirty (30) days of the date of this order, this case will be REMANDED to the Montgomery County Court of Common Pleas.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

---

[1] In their motion, the defendants report a current household monthly income of $3,542. They also have $7,500 in cash and $7,000 in the bank. Accordingly, the Court concludes that they are capable of paying $400 (the $350 filing fee and $50 administrative fee) to proceed with this case.