IN THE UNITED STATES DISTRICT COURT
FOR THE PENNSYLVANIA EASTERN DISTRICT COURT DISTRICT OF
PHILADEPHIA

| | | |
|---|---|---|
| LSF8 Master Participation Trust by Caliber Home Loans, Inc., solely in its capacity as servicer, PLAINTIFF, | § § § § § | |
| v. | § § | Civil Action No.: 15 5005 |
| Terence C. Dougherty, Pro Se Litigant Lisbet Drivdahl Dougherty, (Spouse) Pro Se Litigant DEFENDANTS | § § § § | |

## ORDER GRANTING DEFENDANTS MEMORANDUM IN SUPPORT OF

## MOTION TO ENLARGE TIME

AND NOW, this _7_ day of _December_, 201_5_ upon consideration of Defendants Motion for an order To Enlarge Time and Defendants Memorandum in support thereof, it is hereby ORDERED that:

1. Defendants Motion To Enlarge Time is ~~GRANTED~~ DENIED

① Response was due on December 4ᵗʰ, 2015. Good cause has not been shown for the Extension.